In the Matter of the Application of ANDREW B. GILFILLAN and Another, Respondents, for a Peremptory Order of Mandamus against WILLIAM J. BEYER and Another, Commissioners of Elections, etc., for Erie County. REPUBLICAN COUNTY COMMITTEE, Appellant.— Order affirmed, without costs, upon the opinion of Crosby, J., delivered at the Special Term. [Reported in 124 Misc. 628.] All concur, except Davis, J., who dissents upon the authority of *Matter of Taylor* v. *Board of Elections* (123 Misc. 817). Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

HAZEL F. C. BOYD, Appellant, v. MARYLAND ASSURANCE CORPORATION, Respondent.— Order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

GEORGE H. LOSEY, Respondent, v. NIAGARA SEARCHLIGHT Co., INC., and Another, Appellants.— The order of December 4, 1924, is modified by striking out the last paragraph and inserting in lieu thereof a provision that plaintiff's examination of the defendants be limited to the names of prospects appearing on the list of names in the possession of R. Max Eaton and shown to plaintiff as stated in plaintiff's affidavit verified December 1, 1924, and to such other names of prospects as plaintiff may without examination of defendant's books, specifically state under oath were furnished by him to defendants. And if the list of names be not produced, then to examine as to such names as plaintiff states under oath appeared thereon. As so modified the order is affirmed, without costs of this appeal to either party. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

GEORGE H. LOSEY, Respondent, v. NIAGARA SEARCHLIGHT Co., INC., and Another, Appellants.— The order of December 19, 1924, is modified by adding thereto a provision specifically directing defendants to produce the list of names in the possession of R. Max Eaton and shown to plaintiff as stated in plaintiff's affidavit verified December 1, 1924, or any copy thereof, and further by providing that the use and inspection of the books, records and memoranda be limited to such entries therein only as relate to the names of prospects concerning whom plaintiff is permitted to examine under the terms of the order of December 4, 1924, as modified by this court. [See *ante*, p. 855.] All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

MARY J. SNYDER, Respondent, v. ALFRED ALTERY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JOSEPH SNYDER and Another, Respondents, v. ALFRED ALTERY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN MERCURIO, Appellant.— Judgment of conviction affirmed. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JOHN DiMARCO and Another, Respondents, v. JACOB BALDWIN, Appellant.— Motion to dismiss appeal granted. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.